DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CASA VERDE MHC, LLC,**
Appellant,

v.

**TENANT'S RIGHTS LLC,** as assignee to
**CRISTIAN RODRIGUEZ MELENDEZ,**
Appellee.

No. 4D2025-2002

[April 29, 2026]

Appeal of a nonfinal order from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Sara Alijewicz, Judge; L.T. Case No. 502025SC006494XXXAWB.

Brian C. Chase and LeBron C. Page of Atlas Law, PLLC, Tampa, for appellant.

Daniel W. Bialczak of Korte & Associates, PLLC, Palm Beach Gardens, for appellee.

PER CURIAM.

Casa Verde MHC, LLC ("Landlord") appeals the trial court's order denying its motion to dismiss or transfer venue of a suit brought for return of a security deposit. Because Tenant's Rights LLC failed to allege a basis for venue in Palm Beach County on the face of the complaint, we reverse. *See Nicholas v. Ross*, 721 So. 2d 1241, 1242 (Fla. 4th DCA 1998) ("[T]he plaintiff must allege in the complaint a sufficient basis for the selected venue."). It is undisputed from the face of the complaint that the leased property is located in Hillsborough County, the tenancy occurred in Hillsborough County, and the Landlord's eviction action was filed in Hillsborough County. Further, the complaint does not allege that the Landlord maintains an office or agent in Palm Beach County. Therefore, venue is proper in Hillsborough County. *See* § 47.051, Fla. Stat. (2024).

This matter is remanded with directions to grant Landlord's motion and transfer this action to the circuit court in Hillsborough County.

*Reversed and remanded.*

CIKLIN, GERBER and SHAW, JJ., concur.

\* \* \*

**Not final until disposition of timely-filed motion for rehearing.**